Jimmy Jay MICHALEK, Appellant,

v.

Daryl MINER, Sheriff of Tripp County, South Dakota; Donald Manger, Sheriff of Lyman County, South Dakota, Appellees.

No. 03-2146.

United States Court of Appeals, Eighth Circuit.

Submitted July 30, 2003.

Decided Aug. 5, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

South Dakota inmate Jimmy Jay Michalek appeals from the district court's * preservice dismissal without prejudice of Michalek's civil complaint. Having reviewed the record de novo, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude the district court properly dismissed the complaint. We also

* The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

note district court's without-prejudice dismissal permits Michalek to refile his suit against the individual jailers involved in allegedly ignoring his medical needs after he exhausts any available administrative remedies. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

A true copy.